# Court of Appeals
# of the State of Georgia

ATLANTA, November 26, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2372. HOWARD v. THE STATE.**

The above-referenced appeal was docketed with this Court on July 30, 2012. Appellant's sole enumeration of error concerns an alleged abuse of discretion by the trial court in denying his pre-trial motion to dismiss for the violation of his Constitutional right to a speedy trial, and he filed a direct appeal before this Court pursuant to *Callaway v. State*, 275 Ga. 332 (2002). On November 19, 2012, the Supreme Court of Georgia overruled *Callaway v. State* and held that "[d]efendants must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) when pursuing appellate review" of the denial of a pre-trial motion for a Constitutional speedy trial. *Sosniak v. State*, Case Number S12A0799, decided Nov. 19, 2012. Accordingly, Howard's direct appeal to this Court is hereby ***DISMISSED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/26/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*